UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED BELVIN,<br><br>    Plaintiff,<br><br>v.<br><br>FRY'S ELECTRONICS,<br><br>    Defendant. | Case No. 17-cv-06212-EMC<br><br>**ORDER DISMISSING CASE** |

The Court dismissed Plaintiff Ted Belvin's complaint on November 2, 2017 with leave to amend by December 18, 2017. *See* Docket No. 5. The Court granted Mr. Belvin an extension until January 31, 2018 to file an amended complaint. *See* Docket No. 7. That deadline has passed and no amended pleading has been filed. Accordingly, the Court finds good cause to **DISMISS** the complaint for failure to prosecute without prejudice. The Clerk of the Court is ordered to close the case.

**IT IS SO ORDERED**.

Dated: March 2, 2018

_____
EDWARD M. CHEN
United States District Judge